UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCETON RUNNING COMPANY, INC., )<br>3401 M Street, N.W. )<br>Washington, D.C. 20007 )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>ANDRE WILLIAMS )<br>1321 Troy Street )<br>Apartment 2 )<br>Arlington, Virginia 22201 )<br> )<br>and )<br> )<br>GOTTA RUN, LLC )<br>115 Oronoco Street )<br>Alexandria, Virginia 22314-2015 )<br> )<br>    Defendants. )<br>_____ ) | Civil Action No. _____<br><br>(Originally filed in the Superior<br>Court of the District of Columbia,<br>Case No. 03-0002710) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441, 1446, and 1332, defendant Gotta Run, LLC, ("Gotta Run"), joined by the other defendant in this action, hereby removes the above-captioned action from the District of Columbia Superior Court to the United States District Court for the District of Columbia.

**Basis for Removal Jurisdiction**

1.   Under 28 U.S.C. § 1332, this Court has original jurisdiction over this action because it involves citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs. Thus, pursuant to 28 U.S.C. § 1441(a), this action is

one that properly may be removed to this Court. In support of this removal, Gotta Run states the following:

**Timeliness of Removal**

2. On June 21, 2005, plaintiff Princeton Running Company, Inc., ("Princeton Running Company") filed an Amended Complaint adding defendant Gotta Run, LLC to a civil action it commenced against defendant Andre Williams on April 8, 2003, in the Superior Court for the District of Columbia. The Amended Complaint purports to allege that causes of action for "Misuse of Trade Secrets and "Breach of Fiduciary Duty" against both defendants.

3. Gotta Run's agent for service of process was served with a copy of the Summons and Complaint in this action on June 24, 2005. This Notice of Removal is filed within 30 days of the first date of receipt of a copy of the complaint by Gotta Run, and is thus timely pursuant to 28 U.S.C. § 1446(b). All process, pleadings, notices and orders served upon Gotta Run in this action, including the Summons and Complaint, are attached hereto as Exhibit A.

**Joinder of All Defendants in Removal**

4. Defendant Andre Williams has joined defendant Gotta Run in this Notice of Removal. Defendant's consent is indicated in the Consent to Removal by Defendant Andre Williams, attached as Exhibit B.

**Diversity of Citizenship Between Parties**

5. Plaintiff Princeton Running Company is now, and at all times since the commencement of this action has been, incorporated in Pennsylvania with its primary place of business in New Jersey. Princeton Running Company owns and operates a single store in the District of Columbia.

6.  Defendant Andre Williams is now, and at all times since the commencement of this action has been, a resident of the Commonwealth of Virginia.

7.  Defendant Gotta Run is now, and at all times since the commencement of this action has been, incorporated in Virginia with its primary place of business also in Virginia.

**The Amount in Controversy**

8.  The amount in controversy in this action, exclusive of costs and interest, exceeds the sum of $75,000. Plaintiff alleges a breach of fiduciary duty and a misuse of trade secrets. In particular, plaintiff claims that defendants used alleged trade secret information related to a lease of retail space in the District of Columbia that resulted in an alleged loss of $296,810.04. Am. Compl. ¶ 15.

9.  Since diversity of citizenship exists between the plaintiff and the defendants, and the matter in controversy between them is in excess of $75,000, this Court has original jurisdiction of the action pursuant to 28 U.S.C. § 1332(a)(1). The action is therefore a proper one for removal to this Court.

10. For the foregoing reasons, this Court has original jurisdiction over this action under 28 U.S.C. § 1332, and thus removal to this Court by the defendants is proper.

/s/ William Burke

Edward J. Bennett (DC Bar # 457112)
William T. Burke (DC Bar # 471948)
L. Wade Weems (DC Bar # 480624)

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Counsel for Gotta Run, LLC*

Dated: July 25, 2005

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2005, I have caused true and correct copies of the foregoing Notice of Removal to be served by First-Class Mail upon:

Brian J. Hundertmark, Esq.
Garson Claxton LLC
7910 Woodmont Ave.
Suite 650
Bethesda, Maryland 20814

*Counsel for Plaintiff Princeton Running Company, Inc.*

Frederick D. Cooke, Jr., Esq.
Rubin, Winston, Diercks, Harris & Cooke
1155 Connecticut Avenue, NW
6th Floor
Washington, D.C. 20036

*Counsel for Defendant Andre Williams*

William T. Burke
Williams & Connolly LLP