# EXIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCETON RUNNING COMPANY, INC.,<br>3401 M Street, N.W.<br>Washington, D.C. 20007<br><br>      Plaintiff,<br><br>v.<br><br>ANDRE WILLIAMS<br>1321 Troy Street<br>Apartment 2<br>Arlington, Virginia 22201<br><br>and<br><br>GOTTA RUN, LLC<br>115 Oronoco Street<br>Alexandria, Virginia 22314-2015<br><br>      Defendants. | Civil Action No. _____<br><br>(Originally filed in the Superior<br>Court of the District of Columbia,<br>Case No. 03-0002710) |

## CERTIFICATE UNDER LcVR 7.1

I, the undersigned counsel of record for Gotta Run, LLC, certify that to the best of my knowledge and belief there are no parent companies, subsidiaries or affiliates of Gotta Run, LLC which have outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

                                                                          */s/ William T. Burke*
                                                         Edward J. Bennett (DC Bar # 457112)
                                                         William T. Burke (DC Bar # 471948)
                                                         L. Wade Weems (DC Bar # 480624)

                                                         Williams & Connolly LLP

                                          725 Twelfth Street, N.W.
                                          Washington, D.C.  20005
                                          (202) 434-5000

                                          *Counsel for Gotta Run, LLC*

Dated: July 25, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCETON RUNNING COMPANY, INC., <br> 3401 M Street, N.W. <br> Washington, D.C. 20007 <br><br> Plaintiff, <br><br> v. <br><br> ANDRE WILLIAMS <br> 1321 Troy Street <br> Apartment 2 <br> Arlington, Virginia 22201 <br><br> and <br><br> GOTTA RUN, LLC <br> 115 Oronoco Street <br> Alexandria, Virginia 22314-2015 <br><br> Defendants. | Civil Action No. _____ |

## CONSENT TO REMOVAL BY DEFENDANT ANDRE WILLIAMS

Defendant Andre Williams, by and through counsel, with full reservation of any and all rights and defenses, hereby consents to removal of the above-captioned action, which was originally filed in the Superior Court of the District of Columbia (Case No. 03-0002710), to this Court.

*Frederick D. Cooke Jr.* by WER with authorization
Frederick D. Cooke, Jr. Esq.
Rubin, Winston, Diercks, Harris & Cooke
1155 Connecticut Avenue, NW
Sixth Floor
Washington, D.C. 20036

*Attorney for Andre Williams*

Dated: July 25, 2005