SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCETON RUNNING COMPANY, INC.<br>3401 M Street, N.W.<br>Washington, D.C. 20007<br><br>　　Plaintiff,<br><br>v.<br><br>ANDRE WILLIAMS.<br>1321 Troy Street<br>Apartment 2<br>Arlington, Virginia 22201<br><br>and<br><br>GOTTA RUN, LLC<br>115 Oronoco Street<br>Alexandria, Virginia 22314-2015<br><br>　　Defendants. | Civil Action 03-0002710<br>Calendar No. 14<br>Judge Frederick H. Weisberg |

## RULE 7.1 DISCLOSURE STATEMENT FOR GOTTA RUN, LLC

Gotta Run, LLC, by its undersigned counsel, states pursuant to Rule 7.1 of the District of Columbia Superior Court Rules that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

　　　　　　　　　　　　　　　　　　WILLIAMS & CONNOLLY LLP

　　　　　　　　　　　　　　　　　　_/s/ Ed Bennett_
　　　　　　　　　　　　　　　　　　Edward J. Bennett (#457112)
　　　　　　　　　　　　　　　　　　William T. Burke (#471948)
　　　　　　　　　　　　　　　　　　L. Wade Weems (#480624)
　　　　　　　　　　　　　　　　　　725 Twelfth Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　202.434.5000 (phone)
　　　　　　　　　　　　　　　　　　202.434.5029 (fax)

Date: July 14, 2005　　　　　　　　　　_Counsel for Defendant Gotta Run_