UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCETON RUNNING COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ANDRE WILLIAMS )<br>)<br>and )<br>)<br>GOTTA RUN, LLC )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-1461 (RMU) |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of Defendant Gotta Run's Motion to Dismiss Plaintiff's Amended Complaint, it is hereby ORDERED that the Motion is GRANTED and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff's claims against Defendant Gotta Run, LLC are hereby DISMISSED.

_____
RICARDO M. URBINA
United States District Judge