UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRINCETON RUNNING COMPANY, INC.  :
:
Plaintiff,  :
:
v.  :  Civil Action No. 05-1461 (RMU)
:
ANDRE WILLIAMS  :
:
and  :
:
GOTTA RUN, LLC  :
:
Defendants.  :

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Princeton Running Company, Inc.'s Motion to Remand, Plaintiff's Memorandum of Points and Authorities in Support of the Motion to Remand, any response thereto, and the entire record herein, it is this _____ day of _____, 2005, ORDERED that Plaintiff Princeton Running Company's Motion to Remand is GRANTED.

_____
RICARDO M. URBINA
United States District Judge