UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCETON RUNNING COMPANY, INC. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-1461 (RMU) |
| : | |
| ANDRE WILLIAMS : | |
| : | |
| and : | |
| : | |
| GOTTA RUN, LLC : | |
| : | |
| Defendants. : | |

### [PROPOSED] ORDER

Upon consideration of Defendant Gotta Run's Motion to Dismiss Plaintiff's Amended Complaint, Plaintiff's Memorandum of Points and Authorities in Opposition to Motion to Dismiss Plaintiff's Amended Complaint, and the entire record herein, it is this _____ day of _____, 2005, ORDERED that Defendant Gotta Run's Motion to Dismiss Plaintiff's Amended Complaint is DENIED.

_____
RICARDO M. URBINA
United States District Judge