UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCETON RUNNING COMPANY, INC. : | |
| Plaintiff, : | |
| v. : | Civil Action No. 05-1461 (RMU) |
| ANDRE WILLIAMS : | |
| and : | |
| GOTTA RUN, LLC : | |
| Defendants. : | |

**CERTIFICATE REQUIRED BY LCvR 7.1**

I, the undersigned counsel of record for Princeton Running Company, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Princeton Running Company, Inc. which have any outstanding securities in the hands of the public: none.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
Charles R. Claxton (D.C. Bar No. 249979)
Brian J. Hundertmark (D.C. Bar No. 410355)
Garson Claxton LLC
7910 Woodmont Avenue, Suite 650
Bethesda, Maryland  20814
(301) 280-2700

Dated:  August ___12___, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Certificate Required by LCvR 7.1 was served by first-class, postage-prepaid mail on the 12th day of August, 2005 upon Frederick D. Cooke, Jr., Rubin, Winston, Diercks, Harris & Cooke, 1155 Connecticut Avenue, N.W., 6th Floor, Washington, D.C. 20036, attorney for Defendant Andre Williams.

*Lucia Mackell*
Lucia Mackell
Garson Claxton LLC