UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PRINCETON RUNNING COMPANY, INC.   :
                                  :
        Plaintiff,                :
                                  :
    v.                            :   Civil Action No. 05-1461 (RMU)
                                  :
ANDRE WILLIAMS                    :
                                  :
    and                           :
                                  :
GOTTA RUN, LLC                    :
                                  :
        Defendants.               :

**NOTICE OF ENTRY OF APPEARANCE**

Pursuant to Local Rule 83.6(a), Charles R. Claxton and Brian J. Hundertmark hereby provide notice of the entry of their appearance as attorneys for Plaintiff Princeton Running Company, Inc.

Respectfully submitted,

_____
Charles R. Claxton (D.C. Bar No. 249979)
Brian J. Hundertmark (D.C. Bar No. 410355)
Garson Claxton LLC
7910 Woodmont Avenue, Suite 650
Bethesda, Maryland  20814
(301) 280-2700

Dated: August  12 , 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Entry of Appearance was served by first-class, postage-prepaid mail on the 12th day of August, 2005 upon Frederick D. Cooke, Jr., Rubin, Winston, Diercks, Harris & Cooke, 1155 Connecticut Avenue, N.W., 6th Floor, Washington, D.C. 20036, attorney for Defendant Andre Williams.

*Lucia Mackell*
Lucia Mackell
Garson Claxton LLC