UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCETON RUNNING COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ANDRE WILLIAMS )<br>)<br>and )<br>)<br>GOTTA RUN, LLC )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-1461 (RMU) |

## [PROPOSED] ORDER

After considering the briefing and arguments of Plaintiff and Defendant Gotta Run LLC, the Court hereby ORDERS that Plaintiff's Motion to Remand is DENIED.

Dated: _____, 2005

_____
RICARDO M. URBINA
United States District Judge