# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRINCETON RUNNING COMPANY, INC., )<br>)<br>            Plaintiff, )<br>)<br>vs. )<br>)<br>ANDRE WILLIAMS )<br>)<br>and )<br>)<br>GOTTA RUN, LLC., )<br>)<br>            Defendants. ) | Civil Action No. 05-1461 (RMU) |

## REPORT OF DEFENDANT ANDRE WILLIAMS

Defendant Andre Williams, by and through undersigned counsel, submits the following report to the Court regarding the above-captioned matter.

1. During his freshman year (1990-1991) at the University of North Carolina at Chapel Hill, Defendant Andre Williams was the roommate and track team teammate of the son of Judge Urbina.

2. During and after the 1990-1991 school year, Defendant Andre Williams visited with Judge Urbina s son at the home of Judge Urbina. The visits sometimes included dinner, and sometimes included casual conversation with Judge Urbina.

3. Defendant Andre Williams recalls that his last such visit to the home of Judge Urbina was approximately ten (10) years ago.

4. Defendant Andre Williams recalls that his last conversation with the son of Judge Urbina (other than a brief chance encounter) was approximately five (5) years ago.

5. Undersigned counsel has informed counsel for all parties of the matters included in this report. Undersigned counsel has been advised by counsel for Defendant Gotta Run, LLC that the matters included in this report do not warrant recusal of Judge Urbina. Undersigned counsel has been advised by counsel for Plaintiff Princeton Running Company, Inc. that any decision regarding recusal in this matter should be left to the prerogative of Judge Urbina.

6. Undersigned counsel does not believe that the matters included in this report warrant recusal of Judge Urbina. Undersigned counsel believed , however, that out of an abundance of caution this information should be made known to counsel for the other parties and to this Court.

Respectfully submitted,

/s/ Frederick D. Cooke, Jr.
_____
Frederick D. Cooke, Jr., D.C. Bar No. 164608

Rubin, Winston, Diercks, Harris & Cooke, LLP
1155 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036

202 861 0870
202 429 0657 (facsimile)